■ ANGELA CHRISTOPHER, Appellant, et al., Plaintiff, v BOM DOKKO, D.D.S., et al., Respondents. (Appeal No. 1.) [864 NYS2d 361]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered April 5, 2007 in a dental malpractice action. The order denied the motion of plaintiff Angela Christopher to set aside the verdict and for a new trial pursuant to CPLR 4404 (a).

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.